No. 02–7573. DICKERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–7574. ELLENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 02–7578. ESCOBAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 02–7582. KNIBBS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–7583. LYNCH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 02–7584. THOMPSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–7585. VILLAPANDO-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7586. SALAZAR VELASQUEZ *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 02–7589. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7591. GARCIA-MARQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 02–7592. HERNANDEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 02–7593. HARRISON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 02–7595. SOLANO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 02–7599. FULTON *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. 

No. 02–7600. FORREST *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.